1
2
3
4
5
6
7
8

9          **UNITED STATES DISTRICT COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA**

11          **WESTERN DIVISION**

| | |
|---|---|
| 12  KAJEET, INC., | Case No. CV 18-643-GW(RAOx) |
| 13          Plaintiff, | **ORDER ON PLAINTIFF'S** |
| 14     v. | **MOTION FOR LEAVE TO RECOGNIZE THE LAW FIRM** |
| 15  LIMINEX INC d/b/a GOGOARDIAN, | **OF WILSON TURNER KOSMO LLP AS LOCAL COUNSEL** |
| 16          Defendant. | Complaint Filed: January 25, 2018 |
| 17 | Date:<br>Time: |
| 18 | |
| 19 | Judge:     Hon. George H. Wu<br>Courtroom: 9th Floor, Courtroom 9D |
| 20 | Magistrate |
| 21 | Judge:     Hon. Rozella A. Oliver<br>Courtroom: 9th Floor, Courtroom F, |
| 22 | Trial Date: Not Set |

23
24
25
26
27
28

ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO RECOGNIZE THE LAW
FIRM OF WILSON TURNER KOSMO LLP AS LOCAL COUNSEL

1        Before the Court is Plaintiff's Motion for Leave to Recognize the Law Firm of

2 Wilson Turner Kosmo LLP as Local Counsel for Plaintiff.  Finding that good cause

3 exists for the granting of the same, it is hereby ordered that Frederick W. Kosmo Jr.,

4 Hubert Kim, Morgan P. Suder, and the firm of Wilson Turner Kosmo LLP are

5 allowed to serve as local counsel in this matter.

6        **IT IS SO ORDERED.**

7

8 Date: February 5, 2018

                             _GEORGE H. WU, U.S. District Judge_

9                               GEORGE H. WU, U.S. District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

       Case No. CV 18-643-GW(RAOx)

ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO RECOGNIZE THE LAW
FIRM OF WILSON TURNER KOSMO LLP AS LOCAL COUNSEL