WILSON TURNER KOSMO LLP
FREDERICK W. KOSMO, JR. (138036)
HUBERT KIM (204957)
MORGAN P. SUDER (292499)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: fkosmo@wilsonturnerkosmo.com
E-mail: hkim@wilsonturnerkosmo.com
E-mail: msuder@wilsonturnerkosmo.com

FRIEDMAN, SUDER & COOKE
JONATHAN T. SUDER (*Admitted Pro Hac Vice*)
CORBY R. VOWELL (*Admitted Pro Hac Vice*)
RICHARD A. WOJCIO, JR. (*Admitted Pro Hac Vice*)
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: wojcio@fsclaw.com

Attorneys for Plaintiff
KAJEET, INC.

GIBSON, DUNN & CRUTCHER LLP
MICHAEL A. SITZMAN (156667)
JAYSEN S. CHUNG (280708)
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
LIMINEX INC. D/B/A GOGUARDIAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| KAJEET, INC., | Case No. 2:18-cv-00643 GW(RAOx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| LIMINEX INC d/b/a GOGOARDIAN, | |
| Defendant. | |

1  Plaintiff Kajeet, Inc. ("Plaintiff") and Defendant Liminex Inc. d/b/a
2  GoGuardian ("Defendant"), through their undersigned counsel, hereby file this Notice
3  of Settlement advising the Court that the parties have reached a settlement in principle
4  and are working to finalize the terms of a settlement agreement between the parties. A
5  Scheduling Order has not yet been entered in this case and there are no outstanding
6  deadlines. The parties anticipate that Plaintiff will file its Notice of Dismissal within
7  the next few weeks.

8  Dated:       April 9, 2018          GIBSON, DUNN & CRUTCHER LLP

9
                                By:    */s/ Michael A. Sitzman*
10                                     Michael A. Sitzman
                                       Jaysen S. Chung
11
                                       **Attorneys for Defendant**
12                                     *Liminex Inc. d/b/a GoGuardian*

13 Dated:       April 9, 2018          WILSON TURNER KOSMO LLP

14                              By:    */s/ Morgan P. Suder*
                                       Frederick W. Kosmo, Jr.
15                                     Hubert Kim
                                       Morgan P. Suder
16
17                                     FRIEDMAN, SUDER & COOKE

18                                     Jonathan T. Suder (*Admitted Pro Hac Vice*)
                                       Corby R. Vowell (*Admitted Pro Hac Vice*)
19                                     Richard A. Wojcio, Jr. (*Admitted Pro Hac Vice*)

20
                                       **Attorneys for Plaintiff**
21                                     *Kajeet, Inc.*

22

23              **SIGNATURE ATTESTATION**

24     Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that authorization for
25 the filing of this document has been obtained from each of the other signatories shown
26 above and that all signatories concur in the filing's content.

27                              By:    */s/ Morgan P. Suder*
                                       Morgan P. Suder
28