# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-643-GW(RAOx) | Date | April 10, 2018 |
|---|---|---|---|
| Title | *Kajeet, Inc. v. Liminex Inc.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On April 9, 2018, Defendant Liminex, Inc. filed a Notice of Settlement. The Court sets an Order to Show re: Settlement Hearing for May 10, 2018 at 8:30 a.m. The parties are advised that the hearing will be vacated, and no appearance will be required provided a stipulation to dismiss, is filed by noon on May 9, 2018.

Initials of Preparer   JG